UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARQUIS AKINS and ERICA TACHE AKINS, individually, and as Successors in Interest to Decedent KEITH BUTLER,

Plaintiffs,

v.

AMAZON.COM, INC., dba AMAZON.COM, a corporation; AMAZON LOGISTICS, INC., a corporation; CHRISTOPHER SWENGEL, an individual, and DOES 1-50, Inclusive,

Defendants.

Case No. 1:26-CV-04711-JLT-FJS

ORDER ON JOINT STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT

(ECF No. 20)

After review of the parties' stipulation for leave for Plaintiffs to file a first amended complaint (ECF No. 20), and finding good cause therein, the court orders as follows:

1. Plaintiffs are granted leave to file a first amended complaint identifying Footprints Delivery Service LLC.

2. Plaintiffs have twenty (20) days from the date of this order to file and service its amended pleading.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE